UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| KENYON DARRELL BROWN,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>K. SANTORO, Warden,<br><br>　　　　Respondent. | No. 5:20-cv-01775-RGK (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition and Addendum to the Petition (Dkt. 1 and 4, collectively "Petition"), the Order to Show Cause why the Petition should not be dismissed issued by the assigned magistrate judge (Dkt. 4, "OSC"), Petitioner's objections to the OSC (Dkt. 6, 9), the Report and Recommendation of the assigned magistrate judge (Dkt. 8, "R&R"), and the Objection to the R&R filed by Petitioner (Dkt. 10).

Having engaged in a de novo review of all of the portions of the R&R to which objections have been made, the Court concurs with and accepts the findings and recommendation of the assigned magistrate judge.

IT IS THEREFORE ORDERED that Judgment shall be entered dismissing this action without prejudice.

Dated: November 10, 2020

_____
R. GARY KLAUSNER
United States District Judge

2