JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| KENYON DARRELL BROWN,<br>　　　　Petitioner,<br>　　v.<br>K. SANTORO, Warden,<br>　　　　Respondent. | No. 5:20-cv-01775-RGK (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that that this action is dismissed without prejudice.

Dated: November 10, 2020

_____
R. GARY KLAUSNER
United States District Judge